UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:18-CR-053 |
| ) | |
| PATRICK RYAN SMITH ) | |

## O R D E R

In light of the United States Supreme Court's *Lafler* and *Frye* decisions, this case is **SET** for a pretrial hearing on **Tuesday, April 23, 2019, at 8:45 a.m.** Trial remains set for 9:00 a.m. on that same date, in Knoxville.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge